UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**In re Tyco International, Ltd.**
**Multidistrict Litigation (MDL 1335)**          CASE NO. 02-md-1335-B


**SUGGESTION OF REMAND**

Pretrial proceedings on common matters have been substantially completed in <u>Rosemary Stumpf and Newby v. Neil R. Garvey, et al.</u>, 03-cv-1352-B, <u>Ballard v. Tyco International, Ltd., et al.</u>, 04-cv-1336-B, <u>Hall v. Tyco, et al.</u>, 05-cv-1336-B, and <u>Jasin v. Tyco, et al.</u>, 05-cv-1337-B.  The parties in these cases are in agreement that they should be remanded to the courts where they were originally filed, and the court has determined that a remand order will best serve the expeditious resolution of these cases.  Accordingly, the court recommends that the Judicial Panel on Multidistrict Litigation remand the above-referenced cases to the courts in which they were originally filed.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

November 17, 2008

cc:  Counsel of Record